

55 Broadway, 10th Floor
New York, NY 10006
T: 212-363-7500
F: 212-363-7171
www.zlk.com

Adam M. Apton
aapton@zlk.com

February 12, 2020

**VIA ECF**

The Honorable P. Kevin Castel
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, NY 10007

> Initial conference is adjourned from February 18, 2020 to June 5, 2020 at 10:30 a.m.
> SO ORDERED.
> Dated: 2/13/2020
>
> P. Kevin Castel
> United States District Judge

Re:   *Baldwin v. Net 1 UEPS Technologies, Inc., et al.,* No. 1:19-cv-11174-PKC

Dear Judge Castel:

     We represent Plaintiff Jonathan Baldwin in the above-captioned class action securities fraud matter (the "Action"). We write to respectfully request an adjournment of the conference scheduled in this case for February 18, 2020 at 10:45 a.m. Presently, the defendants have not yet appeared in the action and, although Plaintiff is the only movant seeking appointment as lead plaintiff, the Court has not yet granted his motion. No other requests for adjournment have been made.

     The defendants in this action are Net 1 UEPS Technologies, Inc., a company with principal executive offices in Johannesburg, South Africa. The individual defendants, Herman G. Kotze and Alex M.R. Smith, are employees of Net 1 UEPS Technologies who also reside in Johannesburg. Plaintiff is attempting to serve these defendants through counsel pursuant to Rule 4(d).

     As is customarily the case in securities fraud class action matters, the parties will negotiate a stipulation providing a schedule for Plaintiff to amend the pleading and for Defendants to respond thereto. Plaintiff respectfully requests that the conference scheduled for February 18, 2020 be postponed until this has occurred so that all parties can appear before the Court with an agreed-upon plan of action. Additionally, by this point in time, the Court will have had an opportunity to review and consider Plaintiff's pending unopposed motion for lead plaintiff.

                         Respectfully Submitted,

                         Levi & Korsinsky, LLP

          By:     s/ Adam M. Apton
                       Adam M. Apton