UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BALDWIN, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>NET 1 UEPS TECHNOLOGIES, INC., HERMAN G. KOTZE and ALEX M.R. SMITH,<br>Defendants. | Case No.: 1:19-cv-11174-PKC |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Lead Plaintiffs and Defendants:

1. The above-captioned action is hereby dismissed with prejudice as against all Defendants on behalf of lead plaintiff Jonathan Baldwin pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. The above-captioned action is hereby dismissed without prejudice as against Defendants with respect to any unnamed class members or other plaintiffs.

3. The parties acknowledge the following: (a) respectively, each party filed the operative complaint and defended against its claims in good faith; (b) each party has bourn and will continue to bear its own costs and attorneys' fees; and (c) the parties to this Joint Stipulation have not exchanged monetary consideration in connection with this voluntary dismissal.

[Signatures on following page]

Respectfully submitted this 3rd day of June 2020, by:

| LEVI & KORSINSKY, LLP | DLA PIPER LLP (US) |
|---|---|
| *(signature)* | *(signature)* |
| Nicholas I. Porritt | Jeffrey D. Rotenberg |
| Adam M. Apton | 1251 Avenue of the Americas, 24th Floor |
| 55 Broadway, 10th Floor | New York, NY 10020 |
| New York, New York 10006 | Tel: (212) 335-4556 |
| Tel.: (212) 363-7500 | Fax: (917) 778-8556 |
| Fax: (212) 363-7171 | Email: jeffrey.rotenberg@us.dlapiper.com |
| Email: nporritt@zlk.com | |
| aapton@zlk.com | **Attorneys for Defendant Net 1 UEPS Technologies, Inc.** |
| *Attorneys for Lead Plaintiff and Lead Counsel for the Class* | |

SO ORDERED:

_____
HON. P. KEVIN CASTEL